**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

BARBARA BURROWS,

       Plaintiff,

v.                                                                              Case No:  5:14-cv-197-Oc-30PRL

THE COLLEGE OF CENTRAL
FLORIDA,

       Defendant.
_____/

## ORDER

       Before the Court is the following pleading: Plaintiff's Notice of Constitutional

Question (Doc. 12).  By her response to Defendant's motion to dismiss (Doc. 11), Plaintiff

challenges the constitutionality of § 741.212, Florida Statutes, and Article I, Section 27 of

the Florida Constitution, alleging that this statute and provision of the Florida Constitution

violate the Equal Protection and Due Process Clauses of the Fourteenth Amendment of the

United States Constitution.

       Because neither the State of Florida nor any of its agencies, officers, or employees

are parties to this action, the Court, in accordance with 28 U.S.C. § 2403(b), hereby certifies

to The Honorable Pamela Bondi, Attorney General of the State of Florida, that the

constitutionality of a statute of the State of Florida and a provision of the Florida

Constitution is drawn into question in this case.  The Attorney General is advised that the

State of Florida will be permitted to intervene in this proceeding for presentation of

evidence, if evidence is otherwise admissible, and for argument on the question of the constitutionality of § 741.212, Fla. Stat., and Article I, Section 27 of the Florida Constitution.  The Attorney General shall notify this Court by **January 30, 2015**, in a pleading filed with the Clerk as to whether the State of Florida will intervene in this case and participate in all future proceedings.

The Clerk is directed to send a copy of this Order, along with copies of Plaintiff's complaint (Doc. 2 ), Plaintiff's response to Defendant's motion to dismiss (Doc. 11),  and this Court's order on Defendant's motion to dismiss (Doc. 27), to the Attorney General of the State of Florida.

DONE AND ORDERED at Tampa, Florida on this 17th day of December, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\OCALA\Burrows v. College of Central Florida.Cert. Const. Quest..docx