**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**BARBARA BURROWS,**

    **Plaintiff,**

v.                                               **Case No: 5:14-cv-197-Oc-30PRL**

**THE COLLEGE OF CENTRAL**
**FLORIDA**

    **Defendant.**

## ORDER

Before the Court are Plaintiff's motion to strike a charging lien (Doc. 68) and her request for a hearing on the motion to strike (Doc. 69). On February 2, 2016, the law firm of Wadworth Huott LLP filed a notice of attorney charging lien.[1] (Doc. 67). Plaintiff then moved to strike the notice and requested a hearing. (Doc. 68, 69). However, in response to that motion, Wadworth Huott LLP represents that "the parties have negotiated a resolution concerning the . . . charging lien" and thus the motion to strike is moot. (Doc. 70). Accordingly, Plaintiff's motion to strike (Doc. 68) and request for a hearing (Doc. 69) are due to be **TERMINATED AS MOOT**.

**DONE** and **ORDERED** in Ocala, Florida on March 21, 2016.

PHILIP R. LAMMENS
United States Magistrate Judge

---

[1] Wadsworth Huott LLP is listed as an "interested party" on the docket.

- 2 -

Copies furnished to:

Counsel of Record
Unrepresented Parties